## FIFTH DEPARTMENT, JANUARY TERM, 1890.

F. Hall. Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

The Continental Insurance Company, Respondent, v. The Phœnix Insurance Company, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

The People of The State of New York *ex rel.* Hugh McCormack v. John McClave and others, Commissioners, etc., Respondents.— Proceedings affirmed and writ dismissed. Opinion *Per Curiam.*

William F. Kuntz, Respondent, v. The C. C. White Company, Appellant.— Order reversed, with ten dollars costs and disbursements and the injunction dissolved. Opinion *Per Curiam.*

S. Skiddy Cochran and others, Respondents, v. The American Opera Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

John Claflin and others, Respondents, v. Joseph Silberg, Appellant.— Order reversed, with ten dollars costs and disbursements and the attachment vacated. Opinion *Per Curiam.*

The People of The State of New York *ex rel.* Frederick Heffernan v. John McClave and others, Commissioners.— Proceedings affirmed and writ dismissed. Opinion *Per Curiam.*

The People of The State of New York *ex rel.* Myron Allen, Relator, v. James J. Martin and others, Police Commissioners, Respondents.— Proceedings of respondents affirmed and writ dismissed. Opinion by Van Brunt, P. J.

The People of the State of New York *ex rel.* D. Lowber Smith, v. George C. Barrett, one of the Justices, etc.—Writ of *certiorari* dismissed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Sarah Bartholf v. Alfred Carr, Executor, etc. — Motion for reargument granted.

The People of The State of New York *ex rel.* Walsh v. Charles F. MacLean and others, Commissioners.—Proceeding of commissioners reversed and the relator restored. Opinion by Brady, J.; dissenting opinion by Daniels, J.

Herman Stein and others, Respondents, v. Charles F. Levy and others, Appellants.— Order reversed and injunction vacated, without costs, but with disbursements to respondents. Opinion *Per Curiam.*

Robert F. Murto and others. Respondents, v. August Baur and others, Appellants.— Judgment heretofore rendered by the General Term is so far modified as to affirm the order appealed from as to the attorney's right to proceed for his agreed compensation, without costs. Opinion *Per Curiam.*

Samuel D. Lux, Appellant, v. Alexander V. Davidson, Sheriff, etc., Respondent.— Application denied.

Douglas Campbell, as Executor, etc., Respondent, v. Jacob A. Sherman and others, Appellants.— Judgment affirmed, with costs. Opinion by Brady, J.

The People of the State of New York, Respondent, v. John Most, Appellant.— Judgment affirmed. Opinion by Macomber, J.

Alexander T. Compton, Plaintiff, v. "The Chelsea" and others, Defendants.— The verdict of the jury set aside, with costs to the plaintiff, and a new trial ordered. Opinion by Daniels, J.

---

## FIFTH DEPARTMENT, JANUARY TERM, 1890.

**Decisions handed down January 24, 1890.**

In the Matter of the Application of the City of Rochester to Acquire Certain Water Rights. — Order appealed from reversed, and order confirming referee's report opened and leave granted to the appellant to file his claim with the county clerk on payment of the costs and disbursements of the motion at Special Term within twenty days; in default of such payment order affirmed, with costs. If the conditions are complied with, the proceeding is referred to a referee to be appointed by a Special Term to be held in Monroe county to take proofs in regard to the claim of the appellant and report the same with his opinion thereon. Opinion *Per Curiam* left with the clerk.

Alexander M. Holden, Appellant, v. William Hamilton, Respondent. — Judgment modified by striking out the provision dismissing the complaint on the merits, and substituting a provision dismissing the complaint without prejudice to the plaintiff's right to bring another action, if so advised, on payment of costs, and as so amended affirmed, without costs of this appeal to either party.

John D. Foley, Respondent, v. The Women's Mutual Insurance and Accident Company of America, Appellant. — Judgment affirmed. Opinions by Dwight, P. J., Macomber and Corlett, JJ.

In the Matter of the Account of Byron H. Daggett, Committee, etc, Appellant. — Order affirmed, with ten dollars costs and disbursements to be paid by the committee personally.

Theodore Kirsch and others, by Guardian, Respondents, v. Lester H. Tozier and others, John B. Clement, Appellant. — Order affirmed, with ten dollars costs and disbursements to be paid by the appellant, John B. Clement. Corlett, J., not sitting.

William F. Peck, etc., Respondent, v. The City of Rochester, Impleaded, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The Village of Palmyra, Appellant, v. Alonzo Wynkoop and others, Administrators, etc, Respondents. — Order modified by striking out the provision vacating and setting aside the interlocutory judgment and inserting a provision for payment by defendant of the costs of the demurrer as condition of leave to answer over, and as so modified affirmed, without costs of this appeal to either party. Macomber, J., not sitting.

### Motions.

James Coddington, Assignee, Appellant, v. Eunice J. Bowen, Respondent. — Motion denied.

Francis B. Brewer, Appellant, v. James E. Ford, Respondent. — Motion for reargument denied.

Abbie E. French, Respondent, v. Charles H. Pratt, Appellant. — Motion for reargument denied.

Fred P. Wilcox v. The City of Rochester. — Decision corrected so as to read, "judgment affirmed, with costs."

The City of Rochester v. John H. Campbell, Executors, etc. — Motion for certificate to the Court of Appeals granted.

William F. Peck v. George Belknap, Impleaded, etc. — Motion for reargument denied.

In the Matter of the Application of the Buffalo Loan, Trust and Safe Deposit Company. Application granted.

Henry Gates v. Levi G. Hendrick. — Motion for reargument denied.